# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| ANGELINA FLORES | § § § |
| VS. | §  CIVIL ACTION NO.:7:16-cv-00567 § § |
| STATE FARM LLOYDS | § |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, **Angelina Flores**, dismisses this action, and would inform the Court of the following:

1. The Plaintiff and Defendant have agreed to a settlement of all claims allegedly arising out of or relating to the Incident made the subject matter of this pending lawsuit.

2. The Parties intend by this stipulation to dismiss this action in its entirety.

3. The Parties agree that the dismissal of this action shall be with prejudice.

4. The Parties agree that the costs will be borne by the party so incurring.

Approved and Agreed by:

/s/   *Christopher D. Bertini*          Date:          12/05/2016
     Christopher D. Bertini
     Federal I.D. No.
     State Bar No. 02256060
     **THE BERTINI LAW FIRM, P.C.**
     The 1894 Trube Estate Building
     2415 Market Street
     Galveston, Texas 77550
     cbertini@bertinilaw.com

Attorney-in-Charge for Plaintiff

/s/ *Scott T. Clark*                     Date:      12/05/2016
    Scott T. Clark
    Federal Bar I.D. No. 21676
    State Bar No. 00795896
    Craig H. Vittitoe
    Federal Bar I.D. No. 18756
    State Bar No. 20593900
    ADAMS & GRAHAM, L.L.P.
    134 E. Van Buren, Suite 301
    Harlingen, Texas 78550
    Telephone:   (956) 428-7495
    Facsimile:   (956) 428-2954

Attorney-in-Charge for Defendant